UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. 18-CR-20151 |
| Plaintiff, | |
| v. | HON. MATTHEW F. LEITMAN<br>United States District Judge |
| D-8    LATORIYA BROWN, | |
| Defendant. | |

## ORDER DIRECTING USMS TO TAKE CUSTODY OF DEFENDANT'S PROPERTY

For the reasons set forth on the record at the sentencing hearing on November 20, 2018, the defendant having no objection, and the court being otherwise fully advised;

**IT IS HEREBY ORDERED** that the United States Marshal shall take immediate custody of defendant's property, that is, a square cut diamond ring with a silver band, that is currently held by the Clare County Sheriff Department at the Clare County Jail.

**IT IS FURTHER ORDERED** that the United States Marshal Service shall hold said property pending further order of this Court.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 27, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 27, 2018, by electronic means and/or ordinary mail.

                                                                  s/Holly A. Monda  
                                                                  Case Manager  
                                                                  (810) 341-9764