UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 18-cr-20151
                                    Hon. Matthew F. Leitman

LATORIYA BROWN,

    Defendant.
_____/

**<u>ORDER DENYING (1) DEFENDANT'S MOTION FOR JUDICIAL RECOMMENDATION CONCERNING HALFWAY HOUSE PLACEMENT (ECF No. 370); (2) DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 409); AND (3) DEFENDANT'S SUPPLEMENTAL MOTION FOR COMPASSIONATE RELEASE (ECF No. 421)</u>**

On November 20, 2018, Defendant Latoriya Brown pleaded guilty in this Court to one count of wire fraud conspiracy in violation of 18 U.S.C. § 1349 pursuant to a Rule 11 Plea Agreement. (*See* Rule 11 Plea Agmt., ECF No. 388.) The Court subsequently sentenced Brown to 61 months imprisonment. (*See* Judgment, ECF No. 285, PageID.965.)

On January 30, 2020, Brown filed a *pro se* motion in which she asked the Court to recommend that she be placed in a halfway house. (*See* Mot., ECF No. 370.) Then, on September 23, 2020, Brown filed a *pro se* motion for compassionate release. (*See* Mot., ECF No. 409.) The Court thereafter appointed counsel for Brown (*see* Order Appointing Counsel, ECF No. 410), and counsel filed a supplemental

1

motion for compassionate release on Brown's behalf. (*See* Supp. Mot., ECF No. 421.)

On December 9, 2020, the Court held a video hearing on all three of Brown's pending motions. For the reasons stated on the record during the motion hearing, all three motions are **DENIED**.

**IT IS SO ORDERED**.

Dated: December 9, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 9, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764