UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D8, LATORIYA BROWN,

    Defendant.

_____/

Case No. 18-cr-20151-8
Hon. Matthew F. Leitman

## ORDER GRANTING GOVERNMENT'S MOTION TO SELL PROPERTY (ECF No. 508)

IT IS HEREBY ORDERED that the Government's motion to sell property (ECF No. 508) – to which no response has been filed – is GRANTED for the reasons stated in the motion. The Government may proceed to sell the property identified in the motion.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 27, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 27, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126